**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

IN RE:

| | |
|---|---|
| **Nathan Jerome Wade** | **Case No. 06-10498** |
| | **Chapter 7** |
| **Debtor.** | |

**SCHEDULE OF ADDITIONAL CREDITORS**

The following debts were incurred by the debtor(s) between the date of filing of the Chapter 13 case and the date of conversion or were not included in the list of creditors maintained by the Chapter 13 Office:

**NAME/ADDRESS CREDITOR**   **AMOUNT**   **INDEBTEDNESS SECURED BY**

**NONE**


Dated:  August 21, 2006                                  S/Nathan Jerome Wade
                                                        **Debtor**