Form 201

## UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina

101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 06–10498

IN THE MATTER OF:
Nathan Jerome Wade    xxx–xx–7858
704 W. Kivett Street
Asheboro, NC 27203

   Debtor(s)

## FINAL DECREE

 The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

   William P. Miller is discharged as trustee of the estate of the above named debtor.

   The Chapter 7 case of the above named debtor is closed.

Dated: 12/28/06

_____
William L. Stocks
United States Bankruptcy Judge