Form 201

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 06–10498

IN THE MATTER OF:
Nathan Jerome Wade     xxx–xx–7858
704 W. Kivett Street
Asheboro, NC 27203

   Debtor(s)

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

   William P. Miller is discharged as trustee of the estate of the above named debtor.

   The Chapter 7 case of the above named debtor is closed.

Dated: 12/28/06

_____
William L. Stocks
United States Bankruptcy Judge

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0418-2           User: robert                Page 1 of 1         Date Rcvd: Dec 28, 2006
Case: 06-10498                 Form ID: 201                Total Served: 4

The following entities were served by first class mail on Dec 30, 2006.
db          +Nathan Jerome Wade,   704 W. Kivett Street,   Asheboro, NC 27203-6231
aty         +Julie H. Stubblefield,   117 Sunset Ave.,   Asheboro, NC 27203-5607
tr          +William P. Miller,   Roberson Haworth & Reese, PLLC,   300 N. Main St, Suite 300,   P. O. Box 1550,
              High Point, NC 27261-1550
ust         +Michael D West,   Bankruptcy Administrator,   P.O. Box 1828,   Greensboro, NC 27402-1828

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 30, 2006**                    Signature:    *Joseph Speetjens*